IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION



UNITED STATES OF AMERICA

VS.  CRIMINAL NO. 1:12CR12KS-JCG-8

NICHOLAS JOSEPH SHIYOU

### ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE

On April 1, 2019, the defendant appeared before the Court after successful completion of the U.S. District Court Re-entry Court Program, specifically the Treatment Services Track, for the Southern District of Mississippi and as such, is now eligible for a reduction in his probation time in the amount of 20 percent.

In the revocation Judgement and Commitment Order, **Shiyou** was sentenced to time served, followed by thirty-six (36) months supervised release.

It is the Order of the Court that **Shiyou's** term of supervision be reduced by seven (7) months. His new term of probation is now 29 months with his final discharge date being June 18, 2020.

SO DATED, this the 1st day of April, 2019.

_____
UNITED STATES DISTRICT JUDGE